FOR THE DISTRICT OF COLUMBIA

NATIONAL COALITION TO SAVE OUR MALL, et al., )
                                              ) Civil Action No. 00-2371
                                              )
            Plaintiffs,                       ) Judge H.H Kennedy
                                              )
    v.                                        )
                                              )
GALE NORTON, Secretary of the Interior, et al., )
                                              )
            Defendants.                       )
                                              )

**FILED**

MAR 0 8 2001

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
Nunc pro tunc to
See [illegible]

### ORDER

Upon consideration of Plaintiffs' application for a temporary restraining order, it is by this Court,

ORDERED that Plaintiffs' application for a temporary restraining order is GRANTED; and

FURTHER ORDERED that the Defendants, and their employees, agents, and contractors, are enjoined from undertaking any activities to remove or prune trees in connection with the construction of the World War II Memorial at the Rainbow Pool site on the Washington Mall, in Washington, D.C., for a period of ten (10) days from the date of this Order.

SO ORDERED on this 8th day of March, 2001.  5:36 p.m.

／s／ Henry Kennedy
Henry H. Kennedy
Judge of the U.S. District Court
for the District of Columbia